IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT ROCHA

      Plaintiff,

v.                                      Cause No. 1:12-cv-599-KG-ACT

I-FLOW, LLC, a Delaware Corporation;
DJO, LLC (f/k/a DJ ORTHOPEDICS, LLC),
a Delaware Limited Liability Company;
DJO GLOBAL (f/k/a DJO, INC.), a Delaware
Corporation,

      Defendants.

**ORDER GRANTING STIPULATED MOTION
FOR DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE**

THIS MATTER comes before the Court on Plaintiff and Defendants DJO, LLC and DJO Global, Inc., Stipulated Motion for Dismissal of Plaintiff's Claims with Prejudice. The Court being advised in the premises, find that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims Plaintiff has alleged, or could have alleged, herein against the named Defendants DJO, LLC and DJO Global, Inc., are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party shall bear his or its own costs.

_____
UNITED STATES DISTRICT JUDGE

Approved and submitted:

PROVOST UMPHREY LAW FIRM, L.L.P.

By:   *Electronically Approved 11/21/13*
Thomas H. McGowan
Admitted pro hac vice
One Riverfront Place, Suite 605
North Little Rock, AR 72114
Tel: 501-374-3655
tmcgowan@pulf.com

WILL FERGUSON & ASSOCIATES
David M. Houliston
New Mexico Bar #4711
1720 Louisiana Blvd. NE; Suite 100
Albuquerque, NM 87110
Tel: 505-243-5566
dave@fergusonlaw.com

*Attorneys for Plaintiffs*

MADISON & MROZ, P.A.

By   */s/ M. Eliza Stewart*
M. Eliza Stewart
PO Box 25467
Albuquerque, NM 87125-5467
Telephone:  (505) 242-2177
mes@madisonlaw.com

-and-

MORRIS POLICH & PURDY LLP
Carolyn Taylor (#1593470
Andrew R. Chivinski (#236861)
600 West Broadway, Suite 500
San Diego, CA  92101-3357
Telephone:     (619) 557-0404
ctaylor@mpplaw.com
achivinski@mpplaw.com
*Attorneys for Defendants*
*DJO, LLC and DJO Global, Inc.*